**DISMISS; and Opinion Filed October 21, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01119-CR

### MATTHEW DOUGLAS HELTON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 29029-422

## MEMORANDUM OPINION

Before Justices O'Neill, Lang-Miers, and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141119F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MATTHEW DOUGLAS HELTON,
Appellant

No. 05-14-01119-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 422nd Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 29029-422.
Opinion delivered per curiam before Justices
O'Neill, Lang-Miers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 21st day of October, 2014.